Arthur J. Epp and Others, Individually and on Behalf of All Other Holders of Certificates Secured by a Mortgage on Real Property Owned by Lydia M. Green, at Great Neck, Long Island, New York, Referred to as "Guarantee No. 185,591," Who Are Similarly Situated, and Desire to Join in This Action and Share the Expense Thereof, Respondents, v. Title Guarantee and Trust Company, Appellant.

First Department, December 1, 1939.

*William J. Junkerman* of counsel [*John M. Friedman* with him on the brief; *Milbank, Tweed & Hope*, attorneys], for the appellant.

*Herbert B. Lee* of counsel [*Lyon, Lee & Lyon*, attorneys], for the respondents.

Per Curiam. It would seem that the petitioner does not seek to intervene in the causes of action which have been asserted by the plaintiffs but seeks to assert in this action causes of action of her own which present questions of law or fact similar to those now at issue in the pending action. (Civ. Prac. Act, § 209.) Since the defendant is entitled to be informed of the nature of the claims asserted against it by the petitioner and to interpose an answer thereto, the order should be modified to require the petitioner Betty Heller to serve a supplemental complaint.

As so modified the order should be affirmed, without costs.

Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Order unanimously modified by requiring the petitioner Betty Heller to serve a supplemental complaint, and, as so modified, affirmed, without costs. Settle order on notice.